**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00161-CV**
_____

**LYNDERO SOLUTIONS, LLC AND ROBERT CHAPA, Appellants**

**V.**

**MOLEX GROUP LLC, Appellee**

**On Appeal from the County Court at Law No. 6**
**Montgomery County, Texas**
**Trial Cause No. 25-01-01176**

**MEMORANDUM OPINION**

Lyndero Solutions, LLC and Robert Chapa, Appellants, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 18, 2025
Opinion Delivered June 19, 2025
Before Golemon, C.J., Johnson and Chambers, JJ.

1